

FILED
CO-386-online

AUG - 8 2005   10/93

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

New York Air Brake Corporation,
a Delaware corporation,

                                Plaintiff

        vs

Westinghouse Air Brake Technologies
Corporation,
a Delaware corporation,

                          Defendant

)
)
)
)
)
)
)
)
)
)
)

Civil Action

CASE NUMBER 1:05CV01582

JUDGE: James Robertson

DECK TYPE: General Civil

DATE STAMP: 08/08/2005

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __New York Air Brake Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

Neither New York Air Brake Corporation nor any parent, subsidiary, or affiliate companies have any outstanding securities in the hands of the public

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

378042
BAR IDENTIFICATION NO.

John Will Ongman
Print Name

Barnes & Thornburg LLP  750 17th St, NW Suite 900
Address

Washington DC      20006
City          State          Zip Code

(202) 289-1313
Phone Number