IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW YORK AIR BRAKE CORPORATION,<br>748 Starbuck Avenue<br>Watertown, New York  13601<br>a Delaware corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>WESTINGHOUSE AIR BRAKE<br>TECHNOLOGIES CORPORATION,<br>1001 Air Brake Avenue<br>Wilmerding, Pennsylvania  15148<br>a Delaware corporation,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:05cv-01582-JR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR EXTENSION OF TIME
TO SERVE SUMMONS AND COMPLAINT**

New York Air Brake Corporation, pursuant to Fed. R. Civ. P. 4(m) and 6(b), hereby moves for a 60-day extension of time for the service of the summons and complaint in this matter until February 6, 2006.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Jonh Will Ongman
　　　　　　　　　　　　　　　　　　　　　Perry Palan, D.C. Bar #125088
　　　　　　　　　　　　　　　　　　　　　John Will Ongman, D.C. Bar #378042
　　　　　　　　　　　　　　　　　　　　　BARNES & THORNBURG LLP
　　　　　　　　　　　　　　　　　　　　　750 17th Street, NW
　　　　　　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　　　　　　Washington, DC  20006-4675
　　　　　　　　　　　　　　　　　　　　　Tel:  (202) 289-1313

Date:  November 29, 2005　　　　　　　　Counsel for Plaintiff

## CERTIFICATE OF SERVICE

A copy of the foregoing **Motion for Extension of Time to Serve Summons and Complaint** was served by first class mail postage prepaid this 29th day of November 2005 upon:

>Paul M. Resnick, Esq.
>The Webb Law Firm, P.C.
>700 Koppers Building
>436 Seventh Avenue
>Pittsburgh, Pennsylvania  15219

Mail service is being made by first class mail because Mr. Resnick is not registered in this Court's electronic filing system.



/s/ John Will Ongman
John Will Ongman

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NEW YORK AIR BRAKE CORPORATION,<br>748 Starbuck Avenue<br>Watertown, New York  13601<br>a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>WESTINGHOUSE AIR BRAKE<br>TECHNOLOGIES CORPORATION,<br>1001 Air Brake Avenue<br>Wilmerding, Pennsylvania  15148<br>a Delaware corporation,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:05cv-01582-JR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM IN SUPPORT OF MOTION FOR**
**EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT**

On August 8, 2005, New York Air Brake Corporation (hereinafter "Plaintiff") filed this action concerning a case of patent interference under 35 U.S.C. § 146 against Westinghouse Air Brake Technologies Corporation (hereinafter "Defendant").  The same day Plaintiff mailed a courtesy copy of the complaint to Defendant.  (Attachment A).  Plaintiff indicated it had not yet formally served the complaint upon Defendant in order to permit the parties to reach an amicable settlement during the 120-day period for serving the complaint and summons established by Rule 4(m) of the Federal Rules of Civil Procedure.

The parties have expressed interest to each other in conducting settlement discussions concerning this matter in the context of all of the business issues between them.  However, the business executives who will conduct the negotiations have only recently been identified.  These business executives require a reasonable amount of time to conduct the negotiation process.

The current time limit for serving the complaint and summons under Rule 4(m) is Tuesday, December 6, 2005.  Because of the upcoming holiday season, a sixty-day extension of the time to serve the complaint and summons to Monday, February 6, 2006 is warranted.  Such a 60-day extension is reasonable in the circumstances and will help the parties conserve judicial resources by maximizing their opportunity to resolve this dispute without litigation.

## CONCLUSION

For the foregoing reasons, Plaintiff moves this Court to enlarge the date for serving the complaint and summons in this case for 60 days until Monday, February 6, 2006.  Plaintiff is authorized by Defendant to state that Defendant consents to this Motion.

Respectfully submitted,

/s/ John Will Ongman
Perry Palan, D.C. Bar #125088
John Will Ongman, D.C. Bar #378042
BARNES & THORNBURG LLP
750 17th Street, NW
Suite 900
Washington, DC 20006-4675
Tel: (202) 289-1313

Date: November 29, 2005            Counsel for Plaintiff

CERTIFICATE OF SERVICE

      A copy of the foregoing **Memorandum in Support of Motion for Extension of Time to Serve Summons and Complaint** was served by first class mail postage prepaid this 29th day of November 2005 upon:

>Paul M. Resnick, Esq.
>The Webb Law Firm, P.C.
>700 Koppers Building
>436 Seventh Avenue
>Pittsburgh, Pennsylvania  15219

Mail service is being made by first class mail because Mr. Resnick is not registered in this Court's electronic filing system.

                                            /s/ John Will Ongman
                                              John Will Ongman