# BARNES & THORNBURG LLP

Suite 900
750 17th Street, N.W.
Washington, D.C. 20006-4675 U.S.A.
(202) 289-1313
Fax (202) 289-1330

www.btlaw.com

August 8, 2005

Mr. Paul M. Resnick, Esq.
The Webb Law Firm, P.C.
700 Koppers Building
436 Seventh Avenue
Pittsburgh, Pennsylvania 15219

    RE:   New York Air Brake Corporation v. Westinghouse Air Brake Technologies Corporation

Dear Paul:

    Enclosed is our appeal from the Board of Patent Appeals and Interference decision in the subject interference that was filed today. This is a courtesy copy and not service. We trust that the parties can reach an amicable settlement during the 120 days. You will note that we will provide a) proof of conception diligence beginning prior to August 15, 1997 to our filing date of September 12, 1997 and b) the invalidity of the patent under 35 U.S.C. 102F in that the invention was conceived by and conveyed from Nickels to Montgomery prior to the conception by Montgomery.

    Please consult with your client. If your client feels that they want to negotiate this directly with New York Air Brake please let me know. We await for your response.

                                                     Sincerely,
                                                   BARNES & THORNBURG LLP

                                                   Perry Palan

Enclosure