**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NEW YORK AIR BRAKE CORPORATION,<br>748 Starbuck Avenue<br>Watertown, New York  13601<br>a Delaware corporation,<br><br>           Plaintiff,<br>    v.<br><br>WESTINGHOUSE AIR BRAKE<br>TECHNOLOGIES CORPORATION,<br>1001 Air Brake Avenue<br>Wilmerding, Pennsylvania  15148<br>a Delaware corporation,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:05cv-01582-JR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before the Court on the Plaintiff's, New York Air Brake Corporation, Motion for Extension of Time to Serve Summons and Complaint.  The Court, having reviewed the Motion and being otherwise duly informed in the premises, hereby

ORDERS that Plaintiff's Motion is granted and the time to serve the Summons and Complaint herein is extended to Monday, February 6, 2006

SO ORDERED.

_____
Judge, United States District Court

Date: _____