IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEW YORK AIR BRAKE CORPORATION, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) Case No. 1:05cv-01582-JR |
| WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION, | ) ) ) |
| Defendant. | ) ) ) |

NOTICE OF DISMISSAL

Comes now Plaintiff, New York Air Brake Corporation, by and through its attorneys of

record, and voluntarily dismisses its Complaint without prejudice pursuant to Rule 41, Fed. R.

Civ. P. 41(a)(1).

Respectfully submitted,

Richard H. Streeter  DC Bar No. 946053
Perry Palan DC Bar No. 125099
John Will Ongman DC Bar No. 378042
Barnes & Thornburg LLP
750 17th Street, N.W.
Suite 900
Washington, D.C. 20006
tele:  (202) 408-6933
fax:  (202) 289-1330

Counsel  for  New  York  Air  Brake
Corporation

Dated:  February 1, 2006

## CERTIFICATE OF SERVICE

A copy of the foregoing **Notice of Dismissal** was served by first class mail postage prepaid this 1st day of February 2006 upon:

> Paul M. Reznick, Esq.
> The Webb Law Firm, P.C.
> 700 Koppers Building
> 436 Seventh Avenue
> Pittsburgh, Pennsylvania  15219

Mail service is being made by first class mail because Mr. Reznick is not registered in this Court's electronic filing system.

_____
Margaret F Scott